UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JOVAN BLACKMAN, Plaintiff,

v. Civil Action No. 3:18-cv-P159-DJH

HARDIN COUNTY DETENTION CENTER et al., Defendants.

\* \* \* \* \*

**MEMORANDUM**

On March 13, 2019, this Court entered an Order that *pro se* Plaintiff Jovan Blackman must file a response to the motion for summary judgment filed by Defendant Elmore within thirty days. That Order warned Plaintiff that failure to comply in the time allotted would result in dismissal of this action.

On April 8, 2019, the copy of the Order which was sent to Plaintiff was returned by the U. S. Postal Service marked "Return to Sender; Not Deliverable as Addressed; Unable to Forward."

Plaintiff has not advised the Court of his new address, and neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

Date: May 31, 2019

cc: Plaintiff, *pro se*
    Counsel of record
4415.009

**David J. Hale, Judge**
**United States District Court**